# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## AMENDED CIVIL MINUTES - GENERAL

CASE NO.:   CV-11-7770-R                                    DATE: FEBRUARY 24, 2012

TITLE: THE BOARD OF TRUSTEES OF THE SO. CAL. FLOOR COVERING TRUST FUND et al -V- DON JULIAN DEL RIO
================================================================
PRESENT:

                    HON. MANUEL L. REAL, JUDGE

   William Horrell                              N/A
   Deputy Clerk                              Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANT:

     Not present                                    Not present

PROCEEDINGS: ORDER TO SHOW CAUSE why action should not be dismissed for failure to prosecute


THIS MATTER IS SET ON CALENDAR FOR HEARING ON MARCH 12, 2012 AT 11:00 A.M. FOR AN ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE OF THE PLAINTIFF TO MOVE FOR DEFAULT JUDGMENT OF THE DEFAULTED DEFENDANT.

PRESENCE OF COUNSEL AT THE HEARING IS MANDATORY; FAILURE TO ATTEND WILL RESULT IN DISMISSAL OF THE ACTION.


cc: counsel of record


MINUTES FORM II                                            Initials of Deputy Clerk__WH___
CIVIL - GEN                          D-M